OPINION — AG — ** SALES TAX — VIOLATE CONSTITUTIONAL PROVISIONS ** THE OKLAHOMA SALES TAX EXEMPTION STATUTES, 68 O.S. 1355 [68-1355] — 68 O.S. 1360 [68-1360], DO NOT VIOLATE THE PROVISIONS OF ARTICLE X, SECTION 15 OKLAHOMA CONSTITUTION. (PERSONAL PROPERTY, DONATION, GIFT, ASSESSMENT, TAXATION, CLASSIFICATION) CITE: ARTICLE X, SECTION 13, ARTICLE X, SECTION 15, 68 O.S. 1350 [68-1350], 68 O.S. 1355 [68-1355], 68 O.S. 1360 [68-1360] (SUSAN BRIMER AGOSTA)